**In the Matter of R. & B. CONSTRUCTION COMPANY, Inc., Bankrupt. OSGOOD COMPANY and Hercules Company, Appellants.**

No. 471.

Circuit Court of Appeals, Second Circuit.

July 9, 1934.

For opinion below, see 7 F. Supp. 733.

D. H. Cotter, of Bridgeport, Conn., for appellants.

John T. L. Hubbard and Clarence R. Hall, both of Bridgeport, Conn., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below.

---

**Henry SHONFIELD, Appellant, v. UNITED STATES of America, Appellee.** *

No. 7243.

Circuit Court of Appeals, Fifth Circuit.

Oct. 6, 1934.

Geo. C. Heyward, Jr., of Savannah, Ga., for appellant.

J. Saxton Daniel, U. S. Atty., of Savannah, Ga.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

*Rehearing denied Nov. 19, 1934.

---

**Clarence SMITH, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7162.

Circuit Court of Appeals, Fifth Circuit.

Oct. 6, 1934.

In forma pauperis.

Clarence Smith, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

**Leonard F. SNELSON, Appellant, v. UNITED STATES of AMERICA, Appellee.**

No. 7551.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Hawley & Worthwine, of Boise, Idaho, for appellant.

J. A. Carver, U. S. Atty., of Boise, Idaho.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon confession by appellee of error and consent to reversal of judgment of District Court and remand of cause for new trial, ordered judgment of District Court reversed, that a judgment be filed and entered accordingly, and mandate issued forthwith.